# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 24-3546

———————————————

United States of America

*Plaintiff - Appellee*

v.

Richard Fleming

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

——————————

Submitted: May 19, 2025
Filed: May 23, 2025
[Unpublished]

——————————

Before SMITH, GRASZ, and STRAS, Circuit Judges.

——————————

PER CURIAM.

After violating the conditions of supervised release, Richard Fleming received a 6-month prison sentence. Although he challenges the length of the sentence, we cannot grant any relief because he has already been released from prison. *See Owen v. United States*, 930 F.3d 989, 990 (8th Cir. 2019). We accordingly dismiss the

appeal as moot. *See United States v. Daye*, 4 F.4th 698, 701 (8th Cir. 2021) (per curiam).

_____